ELIZABETH ALLEN, Respondent, *v.* JEREMIAH EGHMIE, Appellant.

(Argued December 17, 1879 ; decided January 13, 1880.)

REPORTED below, 14 Hun, 559.

*William C. Albro* for appellant.

*John Thompson* for respondent.

AGREE to affirm without opinion.
All concur.
Judgment affirmed.